**Joel DORRIS, Plaintiff-Appellee,**

v.

**Donald McCORMICK, Defendant-Appellant.**

**No. 30705.**

United States Court of Appeals, Fifth Circuit.

June 8, 1971.

H. O. Pemberton, Tallahassee, Fla., for defendant-appellant.

Roy T. Rhodes, Tallahassee, Fla., for plaintiff-appellee.

Before GODBOLD, SIMPSON and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.